UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TYJUAN GEE #792888,　　　　　　　　　　　　Case No. 2:25-cv-137

　　　　　　Plaintiff,　　　　　　　　　　　　Hon. Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge
　v.

ROBERT L. SIRIANNI, JR. et al.,

　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　/

**JUDGMENT**

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED** for lack of prosecution.


Dated:  July 28, 2025　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　United States District Judge